

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2022

No. 04-22-00303-CV

Vicente **MEJIA** and Mercedes Anabel Mejia,
Appellants

v.

**CITIBANK NA.** as Trustee for WAMU Series 2007-HE3 Trust, and Its Successors and Assigns
(Trustee) and SPS Holding Corp. DBA Select Portfolio Servicing, Inc.,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-05637
Honorable Nicole Garza, Judge Presiding

# O R D E R

On May 17, 2022, Appellants Vicente Mejia and Mercedes Anabel Mejia filed a notice of appeal. *See* TEX. R. APP. P. 25.1(a). The next day, a deputy clerk of this court notified Appellants in writing that our records do not show that the $205.00 filing fee has been paid. Further, our records do not conclusively establish that Appellants are excused by statute or rule from paying the filing fee. *See id.* R. 5 (requiring fees in civil cases); *id.* R. 20.1 (waiving appellate court costs under certain circumstances).

Our May 18, 2022 letter warned Appellants that if the filing fee was not paid by May 31, 2022, the appeal could be stricken by this court. To date, this court has not received payment or a Statement of Inability to Afford Payment of Court Costs. *See id.*; *see also* TEX. R. CIV. P. 145.

Our letter also advised Appellants that the docketing statement must be filed with this court by May 31, 2022. *See id.* R. 32.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2, http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx. To date, no docketing statement has been filed.

We **order** Appellants to file a docketing statement within **ten days** of the date of this order.

We **order** Appellants to show cause in writing within **ten days** of the date of this order that either (1) the $205.00 filing fee has been paid, or (2) Appellants are entitled to appeal without paying the filing fee.

If Appellants fail to respond as ordered, this appeal will be dismissed **without further notice**. *See* TEX. R. APP. P. 5, 42.3(c); *In re R.J.G.*, No. 04-19-00817-CV, 2020 WL 214769, at *1 (Tex. App.—San Antonio Jan. 15, 2020, no pet.) (mem. op.).


_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court